UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
5:21-CR-0198-M

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | **ORDER** |
| DWIGHT HARMON | |

This matter comes before the Court on the unopposed motion of Defendant requesting an Order directing Sampson County Detention Center, and the Sampson County Sheriff's Department which administers the same, to allow Ms. Salmon to enter the facility on September 22, 2021 with a laptop computer for the purposes of reviewing discovery in the above-mentioned case. Based upon the representations in the defense motion, it appears there are no alternative means by which the defendant can access the discovery materials in his case. For good cause shown, and with no objection from the government, the defense motion is GRANTED.

The Sampson County Detention Center, and the Sampson County Sheriff's Department who administers the same, are hereby ordered to allow Ms. Salmon to enter the facility on September 22, 2021 with a laptop computer for the purposes of reviewing discovery with Dwight Harmon.

SO ORDERED this the 21st day of September, 2021.

HON. RICHARD E. MYERS II
CHIEF U.S. DISTRICT COURT JUDGE